IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYHEALTH MEDICAL CENTER<br>        Plaintiff, | :<br>:<br>: |
| v. | :<br>: |
| JOHN GARBINKSI,<br>        Defendant/Third-Party<br>        Plaintiff, | :    Civil Action No.<br>:<br>:<br>:<br>: |
| v.<br>MARGIE MACLEISH,<br>        Third-Party Defendant. | :<br>:<br>: |

**NOTICE OF REMOVAL BY THIRD-PARTY DEFENDANT MARGIE MACLEISH**

TO: The United States District Court for the District of Delaware:

PLEASE TAKE NOTICE THAT pursuant to Title 28 U.S.C. § 1446(a), and on behalf of the Third-Party Defendant Margie MacLeish, Colm F. Connolly, United States Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney, respectfully files this Notice of Removal and in support of such removal states as follows:

1.      On or about January 8, 2008, plaintiff Bayhealth Medical Center ("Bayhealth"), through counsel, purportedly filed a lawsuit in Justice of the Peace Court of the State of Delaware in and for Kent County (Court No. 16) against the Defendant John Garbinksi, alleging, *inter alia*, that Garbinksi owes Bayhealth $3,266.00 in unpaid medical expenses. A copy of Bayhealth's state court Complaint is attached as Exhibit A.

2.      On or about February 29, 2008, Garbinksi filed a Third-Party Complaint against MacLeish purporting to assert a "debt" claim against MacLeish and alleging that MacLeish is a "Corporation or other Artificial Entity." A copy of Garbinski's state court Third-Party

Complaint is attached as Exhibit B. MacLeish was served with Garbinksi's Third-Party Complaint on April 22, 2008.

3. MacLeish is an employee of the United States Air Force who assisted Garbinksi in filing a claim with the United States Department of Labor's Office of Worker's Compensation Program ("OWCP"), which claim was accepted. (See Ex. C.) All of MacLeish's actions assisting Garbinksi were taken in her capacity as a federal employee, and all of her actions were reasonable and taken in good faith. Accordingly, under federal law, MacLeish is immune from Garbinksi's claims.

4. Accordingly, pursuant to 28 U.S.C. § 1442(a)(1), this action may be removed to this Court and jurisdiction properly lies in this Court.

5. A copy of this Notice of Removal will be promptly filed in Justice of the Peace Court of the State of Delaware in and for Kent County and served upon counsel for Bayhealth and Garbinksi, pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, respectfully, the above-captioned civil action is removed from the Justice of the Peace Court of the State of Delaware in and for Kent County (Court No. 16), to this Court.

Dated: May 5, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Seth M. Beausang
Seth M. Beausang
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6277

# Exhibit A

IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE,
IN AND FOR Kent COUNTY
COURT NO. 16

COURT ADDRESS
480 Bank Lane @ 293580
Dover DE 19904

CIVIL ACTION NO JP16-08-00382

| PLAINTIFF(S) | VS. | DEFENDANT(S) |
|---|---|---|
| 1) Name: Bayhealth Medical Center | | 1) Name: John Garbinski |
| Address: c/o Alexander W. Funk, Esq. | | Address: 1419 Wharton Dr |
| 225 South State Street. | | Newark DE 19711 |
| Dover DE 19901   #4955 | | |
| Phone: 302-734-7401 | | Phone: @65840 |
| 2) Name: | | 2) Name: |
| Address: 004955 | | Address: |
| Phone: | | Phone: |

Plaintiff's Attorney, if any: Alexander W. Funk, Esq. (#4955) Attorney at Law

Defendant's Attorney, if any:

Check One ☐ Individual ☒ Corporation or other Artificial entity (see Supreme Court Rule 57)

Check One ☒ Individual ☐ Corporation or other Artificial entity (see Supreme Court Rule 57)

Type of Service: (Check One)
Court Service ☒
Special Process Server ☐

Rental Unit Address:

Type of Action:   Debt ☒   Trespass ☐   Replevin ☐   Summary Possession ☐ (Landlord/Tenant)
Deficiency Judgment ☐

**COMPLAINT**

1. Concise Statement of Facts: (Who, What, When, Where, How?)
unpaid medical services provided by Bayhealth Medical Center
acct# 0516100262K  DOS 6/10/05  pt- John C.  $3266.00

IN TRESPASS ACTIONS: The injury caused by the trespass must be described by Plaintiff in the statement of facts:

2. Relief Sought:
$ 3266.00   Amount of money claimed. (Not including interest)
$            Pre Judgment Interest at or ____ % legal rate ____ % contractual rate
$ XX         Post Judgment Interest at the legal rate   OR contractual rate of ___ %
$ 35.00      Court Costs.
$ XX         Other  reasonable attorneys fees
☐ Possession              Jury Trial Demanded (Possession Only): ☐ Yes  ☐ No
☐ Return of personal property or $ ___   Total value (Attach list of property stating description, number and value of items on 8 ½" x 11" paper

TO: THE COURT OF THE JUSTICES OF THE PEACE
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding; or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process. I acknowledge, that unless a jury trial is demanded for summary possession (Landlord Tenant cases), I waive trial by jury of the claims in this complaint.

Date 1/8/08

Plaintiff or Plaintiff's Attorney

J.P. Civ. Form No. 1 (Rev 6/15/2000)

Doc. No.02-13-95-05-01

IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

COURT NO. 16

| | | |
|---|---|---|
| BAYHEALTH MEDICAL CENTER, | * | Civil Action No.: |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| JOHN GARBINSKI, | * | |
| | * | |
| Defendant. | * | |

### COMPLAINT – DEBT ACTION

1. Plaintiff BAYHEALTH MEDICAL CENTER, INC., is a non-profit, Delaware corporation, with its Registered Agent listed as Bayhealth Medical Center, Inc., located at 640 South State Street, Dover, Delaware 19901.

2. Defendant JOHN GARBINSKI is a resident of New Castle County, Delaware, and upon information and belief, currently resides at 1419 Wharton Drive, Newark, Delaware, 19711.

3. Defendant JOHN GARBINSKI currently owes Plaintiff BAYHEALTH MEDICAL CENTER, INC., a total of $3,266.00 for unpaid medical services.

4. Specifically, Defendant JOHN GARBINSKI owes Plaintiff BAYHEALTH MEDICAL CENTER, INC., $3,266.00 for unpaid medical services for the following accounts:

| ACCOUNT # | AMOUNT |
|---|---|
| # 0532900294K | $100.00 |
| # 0609400505K | $1600.00 |

# Exhibit B

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR KENT COUNTY
COURT NO. 16

COURT ADDRESS:    CIVIL ACTION NO: JP16-08-000382
480 BANK LN
DOVER DE 19904

BAYHEALTH MEDICAL CENTER VS JOHN GARBINSKI

SYSTEM ID: @639666
MARGIE MACLEISH
436 MSS/DPCE 520 MAINGATE WAY
DOVER AFB DE 19902

*[handwritten: Respond NLT 7 May 08 / Must be in mail NLT 5 May 08]*

## SUMMONS

**TO ANY CONSTABLE OF SAID COUNTY OR OTHER DULY APPOINTED PROCESS SERVER:**
We command you to summon, MARGIE MACLEISH the Defendant(s) to answer Plaintiff's claims against the Defendant(s) as stated in the attached Complaint, and serve upon said Defendant(s) a copy of this Summons and Complaint.

**TO THE DEFENDANT(S):**
Within 15 days after you receive this Summons, excluding the day you receive it, you must complete and return to the above named Justice of the Peace Court, the enclosed Answer (or other such filing) if you deny owing all or part of the money claimed as a debt against you by the Plaintiff in the Complaint.

Failure to file an Answer, or other written document related to this claim, with the Justice of the Peace Court may result in a default judgment being entered against you and action may be taken by the Plaintiff, such as the attachment of your wages or the attachment and sale of your property, to satisfy the judgment.

**IN REPLEVIN ACTION:** You are hereby ordered not to intentionally destroy, damage, sell or conceal the property in question. A violation of this Order could result in a Civil Contempt judgment being issued against you, in accordance with 10 Del. C. § 9506.

**WAIVER OF JURY TRIAL:** You are waiving trial by jury.

IT IS SO ORDERED this <u>18th day of April, 2008</u>.

<u>Theresa.Nolette</u> (SEAL)
Justice of the Peace/Court Official

CONSTABLE NOTES: _____
SERVED ON: _____
CONSTABLE: _____

Form: 6CF03    Produced By: Theresa.Nolette    Date: 4/18/2008 10:43 AM

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR KENT COUNTY
COURT NO. 16

COURT ADDRESS:                          CIVIL ACTION NO:   JP16-08-000382
480 BANK LN
DOVER DE 19904

BAYHEALTH MEDICAL CENTER VS JOHN GARBINSKI

SYSTEM ID: @639666
MARGIE MACLEISH
436 MSS/DPCE 520 MAINGATE WAY
DOVER AFB DE 19902

### DEFENDANT'S ANSWER TO THE COMPLAINT

Check all that are appropriate:

A. _____   I admit that I owe the debt or claim in the Complaint and <u>DO NOT</u> want a trial. (This means that you agree to a judgment being entered against you for the amount claimed plus interest and costs. Any money owed should be paid directly to the Plaintiff. You will be giving up your right to a trial and <u>will not have a right to appeal your decision to admit this debt or claim</u>.)

B. _____   I WANT A TRIAL.

C. _____   <u>DEBT ACTIONS ONLY</u>: In addition to a trial, I request that the Plaintiff provide me with a more detailed statement of the claim (Bill of Particulars).

DATED: _____

_____     _____
(Signature of Defendant)               (Defendant's Address/Phone No.)

_____     _____
(Defendant's Attorney, if any)         (Attorney's Address/Phone No.)

If you are a corporation (or other artificial entity or public body):

- This Answer MUST be signed by an attorney or person designated by a Certificate of Representation (Form 50) for the corporation or entity prior to the filing of this Answer.
- Only an attorney or a person designated in a Form 50 may represent you in JP court.
- YOU MAY OBTAIN A FORM 50 and further information from the Court's website at http://courts.state.de.us/jpcourt. (Click on Form 50). Or, you may obtain a Form 50 from your nearest JP Civil Court.

Mail this completed form (Answer) to the Justice of the Peace Court at the address above as soon as possible. This signed document must be received by the Court within 15 days after the date you received it or a default judgment may be entered against you.

Form: 6CF07            Produced By: Theresa.Nolette    Date: 4/18/2008 10:43 AM

# IN THE JUSTICE OF THE PEACE COURT OF
# THE STATE OF DELAWARE, IN AND FOR KENT COUNTY
# COURT NO. 16

COURT ADDRESS:  
480 BANK LN  
DOVER DE 19904

CIVIL ACTION NO:   JP16-08-000382

## BAYHEALTH MEDICAL CENTER, PLAINTIFF

—— VS ——

## JOHN GARBINSKI, DEFENDANT

**Plaintiff Parties:**  
PLAINTIFF  
SYSTEM ID: @293580  
BAYHEALTH MEDICAL CENTER  
C/O ALEXANDER W FUNK ESQ  
225 SOUTH STATE STREET  
DOVER, DE 19901

ATTORNEY FOR PLAINTIFF  
SYSTEM ID: 004955  
ALEXANDER WILLIAM FUNK  
HUDSON JONES JAYWORK & FISHER  
225 SOUTH STATE STREET  
DOVER, DE 19901

**Defendant Parties:**  
DEFENDANT  
SYSTEM ID: @628840  
JOHN GARBINSKI  
1419 WHARTON DRIVE  
NEWARK, DE 19711

THIRD PARTY DEFENDANT  
SYSTEM ID: @639666  
MARGIE MACLEISH  
436 MSS/DPCE 520 MAINGATE WAY  
DOVER AFB, DE 19902

**Other Case Parties:**

Form: 6CF07   Produced By: Theresa.Nolette   Date: 4/18/2008 10:43 AM

Apr-28-2008 12:57   From-***th MSS/DPCR Dover AFB, DE   +4660   T-454  P.005/007  F-921

IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE,
IN AND FOR __KENT__   COUNTY __JP16-08-000382__
COURT NO __16__   CIVIL ACTION NO __JP16-08-000382__ __JP16-08-000348__

COURT ADDRESS
__480 BANK LANE__
__DOVER, DE 19904__

**PLAINTIFF(S)** vs. **DEFENDANT(S)**

1) Name __JOHN GARBINSKI__     1) Name __MARGIE MACLEISH__ (1316060)
Address __1419 WHARTON DR__    Address __436 MSS/DPCE, 520 MAIN GATE WAY__
__NEWARK, DE 19711__           __DOVER AFB, DE 19902__
System ID# __@637840__          System ID#
Phone                           Phone

**PLAINTIFF(S)**                **DEFENDANT(S)**
Phone                           Phone
2) Name                         2) Name
Address                         Address

System ID#                      System ID#
Phone                           Phone

**Plaintiff's Attorney or Agent, if any:**   **Defendant's Attorney or Agent, if any:**

Address                         Address

System ID# (bar#)               System ID# (bar#)
Phone                           Phone

Check One                       Check One
☒ Individual                    ☐ Individual
☐ Corporation or other Artificial entity (see Supreme Court Rule 57)   ☒ Corporation or other Artificial entity (see Supreme Court Rule 57)
                                Alternate Address (Physical or Mailing)

**Type of Service:** Court Service ☒
(Check One)          Special Process Server ☐

**Type of Action:** Debt ☒   Replevin ☐   Trespass ☐   Summary Possession ☐
Deficiency Judgment ☐                                  (Landlord Tenant)

COMPLAINT: __THIRD PARTY CLAIM__

1. Concise Statement of Facts: (Who, What, When, Where, How?)
__ACCT# 0516100 262 K  DOS 6-10-2005  UNPAID MEDICAL BILLS TO BAYHEALTH__
__MEDICAL CENTER.  PATIENT: JOHN C. GARBINSKI  AMOUNT: $3265.00__

2. Relief Sought:
$__3265.00__ Amount of money claimed. (Not including interest)
$_____ Pre Judgment Interest at or _____ % legal rate _____ % contractual rate
$_____ Post Judgment Interest at the legal rate OR contractual rate of ____%
$__35.00__ Court Costs.
$_____ Other
☐ Possession                    Jury Trial Demanded (Possession only) ☐ Yes ☐ No
☐ Return of personal property or $_____   Total value (Attach list of property stating description, number and value of items on 8½" x 11" paper

TO: THE COURT OF THE JUSTICES OF THE PEACE
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding; or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process.

__2/29/2008__                   _____
Date                            Plaintiff or Plaintiff's Attorney

J.P. Civ. Form No. 1 (Rev 01/05/2007)                    Doc. No.02-13-95-05-01

# Exhibit C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYHEALTH MEDICAL CENTER, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | |
| v. | ) | Declaration |
| | ) | |
| JOHN GARBINSKI, | ) | |
| Defendant, | ) | |
| | ) | |
| MARGIE MACLEISH, | ) | |
| Third Party Defendant. | ) | |

## DECLARATION OF MARGIE MACLEISH

I, Margie MacLeish, am, and at all times relevant to this case have been, a civil service employee of the United States Air Force. I am presently assigned to Dover Air Force Base, Delaware, as the Chief of the Civilian Personnel Flight. As a federal employee, one of my responsibilities is to supervise the employees of the Civilian Personnel Flight. The Civilian Personnel Flight assists injured employees who file claims with the U.S Dep't of Labor in the Office of Worker's Compensation Program. *See,* Exhibit A attached, a copy of my job description.

On June 10, 2005, the defendant Mr. Garbinski was injured while on duty at Dover AFB. On June 24, 2005, Mr. Garbinski filed a claim with the Dep't of Labor, Office of Worker's Compensation Program (OWCP). My office assisted him in filing the claim and processed it to the OWCP. On August 15, 2005, OWCP accepted the claim and provided information to the

defendant on how to proceed with filing the claim. After OWCP accepted the claim, my office was no longer responsible for the claim.

All of my actions in this matter were within the scope of my official Air Force duties and under color of my office as the Chief of the Civilian Personnel Flight. I acted in the good faith belief that my actions were reasonable and in accordance with the law.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 30th day of April, 2008, at Dover Air Force Base, Delaware.

_____
MARGIE MACLEISH, YC-2, USAF

`08-269`

≈JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BAYHEALTH MEDICAL CENTER

### DEFENDANTS
JOHN GARBINSKI, Defendant/Third Party Plaintiff
MARGIE MACLEISH, Third Party Defendant

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Kent County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
For Plaintiff Bayhealth Medical Center
Alexander W. Funk, Esquire
225 South State Street
Dover, DE 19901

Attorneys(If Known)
Defendant/Third Pty Pltff        Third Party Defendant
John Garbinski, Pro Se           Margie MacLeish
1419 Wharton Drive               Seth M. Beausang
Newark, DE 19711                 Assistant U.S. Attorney, D.Delaware

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1442(a)1
Brief description of cause:
Third Party Deft MacLeish is immune to Third Party Plaintiff's claims under federal law

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  5/5/08
SIGNATURE OF ATTORNEY OF RECORD  [signature]  Seth M Beausang Attorney for Margie MacLeish

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 08 - 269

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

__5/5/08__
(Date forms issued)

__Steve McL_____
(Signature of Party or their Representative)

__STEVE MCLAUGHLIN__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action