## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYHEALTH MEDICAL CENTER | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-cv-269-UNA |
| JOHN GARBINSKI, | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| MARGIE MACLEISH, | : | |
| Third-Party Defendant. | : | |

### THIRD-PARTY DEFENDANT MACLEISH'S MOTION FOR A MORE DEFINITE STATEMENT OR, IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO STATE A CLAIM

COMES NOW, Third-Party Defendant Margie MacLeish, by and through her undersigned counsel, Colm F. Connolly, United States Attorney, and Seth M. Beausang, Assistant United States Attorney, and moves the Court pursuant to Fed. R. Civ. P. 12(e) to require Third-Party Plaintiff John C. Garbinski to make a more definite statement. In the alternative, Garbinski's Third-Party Complaint should be dismissed. In support of the Motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities. A proposed Order is attached hereto.

DATED: May 13, 2008.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

By:   /s/ Seth M. Beausang
        Seth M. Beausang (De. I.D. No. 4071)
        Assistant United States Attorney
        1007 Orange Street, Suite 700
        P.O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277

        Attorney for Third-Party Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYHEALTH MEDICAL CENTER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 08-cv-269-UNA |
| JOHN GARBINSKI, | : | |
| | : | |
| Defendant/Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MARGIE MACLEISH, | : | |
| | : | |
| Third-Party Defendant. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of Third-Party Defendant Margie MacLeish's Motion For A More Definite Statement Or, In The Alternative, To Dismiss For Failure To State A Claim, and all papers filed in support thereof and opposition thereto, it is ORDERED that MacLeish's Motion is GRANTED.  Garbinski must file an amended complaint alleging facts and a legal basis for any claim against MacLeish.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

       I, Seth M. Beausang, hereby attest under penalty of perjury that on this 13th day of May, 2008, I directed that two copies of the Third-Party Defendant's Motion For A More Definite Statement or, In The Alternative, To Dismiss For Failure To State A Claim, Memorandum of Points and Authorities in support thereof, and proposed Order, be sent to the following pro se Plaintiff by First Class Mail:

John Garbinski
1419 Wharton Drive
Newark, DE 19711

and the following counsel for Bayhealth Medical Center by First Class Mail:

Alexander William Funk, Esauire
Hudson, Jones, Jaywork & Fisher
225 South State Street
Dover, Delaware 19901


                                                                /s/ Seth M. Beausang
                                              Assistant United States Attorney